UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROOTS, | No. 2:22-cv-0180-EFB P |
| Petitioner, | |
| v. | ORDER |
| NEWSOME, et al., | |
| Respondents. | |

Mr. Roots is a state prisoner proceeding without counsel. This action was opened when he filed an unsigned document titled "Mandate Vacating the Sentence." ECF No. 1. He has not properly commenced a civil action. To commence a civil action, a party must file a complaint or a petition. Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003). Mr. Roots's initial filing constitutes neither.

If Mr. Roots wishes to challenge a judgment of conviction entered against him in state court, he must file an application for a writ of habeas corpus using this court's form petition. In addition, Mr. Roots must either file an in forma pauperis affidavit or pay the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Until Mr. Roots submits a signed petition and either pays the filing fee or meets the requirements of 28 U.S.C. § 1915(a), there is simply no case before the court.

/////

1

Accordingly, it is hereby ORDERED that:

1. The Clerk of the Court shall send to Mr. Roots the court's forms for application for writ of habeas corpus and application for leave to proceed in forma pauperis;
2. Within 30 days of the date of this order, Mr. Roots may either pay the $5 filing fee or submit a complete application for leave to proceed in forma pauperis using the form provided;
3. Within 30 days of the date of this order, Mr. Roots may file a petition for writ of habeas corpus using the form provided;
4. Mr. Roots's unsigned initial filing (ECF No. 1) is disregarded; and
5. Failure to comply with this order may result in this case being closed.

Dated: February 2, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE