UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD ROOTS,

    Petitioner,

    v.

NEWSOME, et al.,

    Respondents.

No.  2:22-cv-0180-EFB P

ORDER

    Mr. Roots is a state prisoner proceeding without counsel. This action was opened when he filed an unsigned document titled "Mandate Vacating the Sentence." ECF No. 1. On February 2, 2022, the court informed Mr. Roots that there was no case before the court until he filed a signed application for a writ of habeas corpus. ECF No. 3. The court also warned Mr. Roots that he needed to either seek leave to proceed in forma pauperis or pay the filing fee. *Id.* The court warned Mr. Roots that failure to comply with the court's order could result in this case being closed. *Id.*

    To date, Mr. Roots has not complied with the court's order or responded in any way. In the absence of a signed petition, there is simply no case before the court.

    Accordingly, it is ordered that the Clerk shall close this case.

Dated: March 7, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE