UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROOTS, | No. 2:22-cv-0180-EFB P |
| Petitioner, | |
| v. | ORDER |
| NEWSOME, et al., | |
| Respondent. | |

On March 9, 2022, the Clerk of the Court closed this case and judgment was duly entered. ECF Nos. 4 & 5. On April 8, 2022, Mr. Roots filed a document styled "Mandate Removing all Holdings Mandating Petitioner's Release." ECF No. 6. The court takes no action on this filing because this case is now closed. The court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure

So ordered.

Dated: April 12, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE